IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MELISSA ADDE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-248C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 7 of the rules of this Court, defendant, the United States, respectfully requests an enlargement of time of 60 days, to and including August 21, 2007, within which to file its response to plaintiff Melissa Adde's complaint. Our response is currently due to be filed on June 22, 2007. This is our first request for an enlargement of time for this purpose. Government counsel has contacted Ms. Adde's counsel, who indicated by telephone on June 11, 2007, that Ms. Adde does not oppose this request.

We have sent to the interested agency, the Department of Health and Human Services ("DHHS"), a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Additional time is needed for DHHS to gather and review any information necessary for preparation of its litigation report and suggested response to the complaint. Once the information gathering process is complete, DHHS will

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

necessarily require time to prepare the requested litigation report and suggested response to the complaint, and to deliver to Government counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, Government counsel will require sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from DHHS, and prepare and file our response to the complaint, following mandatory supervisory review.

For these reasons, we respectfully request that the Court grant our unopposed motion for a 60-day enlargement of time within which to file our response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-0503
Fax: (202) 514-8624

June 15, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of June, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah