.IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MELISSA ADDE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-248C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant, the United States, respectfully requests this Court to dismiss the complaint of plaintiff Melissa Adde for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Rules of this Court ("RCFC") and failure to state a claim upon which relief can be granted pursuant to RCFC 12(b)(6).

## QUESTIONS PRESENTED

1. Whether this Court lacks subject matter jurisdiction to adjudicate Ms. Adde's claims for post allowances and cost of living adjustments, which are not cognizable under the Tucker Act, 28 U.S.C. § 1491(a).

2. Whether Ms. Adde has failed to state a claim upon which relief can be granted.

## STATEMENT OF FACTS[1]

According to her complaint, Ms. Adde has been employed by the National Institutes of Health ("NIH") since 1978. Compl. ¶ 5. In 1988, Ms. Adde was selected work as a Nurse Specialist in the National Cancer Institute in Bethesda, Maryland. Id. ¶ 6. In October 1988, NIH set her pay in accordance with the "Title 38 Special Salary Rate[]" Schedule. Id. ¶ 7. In August

---

[1]For the sole purpose of this motion, we will treat the allegations in Ms. Adde's complaint as true.

1999, Ms. Adde was allegedly promoted to Grade 13, and allegedly began to receive the "corresponding pay" under the Title 38 schedule. Id. ¶ 8.

According to Ms. Adde, in April 2000, the NIH posted her to Brussels, Belgium, where she worked at the International Network for Cancer Treatment and Research (INCTR). Id. ¶ 9. Her official duty station was accordingly changed from Bethesda, Maryland to Brussels, Belgium, effective April 19, 2000. Id. ¶ 11. Based upon the allegations in her complaint, it appears that although Ms. Adde was no longer located in Bethesda, she allegedly continued to receive Title 38 pay and regular Cost of Living Adjustments and step increases with "corresponding" salary increases. Id. ¶¶ 12-13.

As Ms. Adde describes it, a "post allowance" is a "cost-of-living allowance granted to an employee officially stationed at a post in a foreign area where the cost of living is higher than in Washington, DC." Id. ¶ 14. In January 2005, Ms. Adde allegedly received a post allowance retroactive to October 2004. Id. ¶ 14. According to Ms. Adde, NIH allegedly failed to "make any provision for retroactive payment of the post allowance which Ms. Adde should have received for the period from on or about April 19, 2000, through or abut October 3, 2004. Id. ¶ 15. In January 2006, NIH allegedly "cancelled" her 2006 cost-of-living increase. Id. ¶ 17.

Ms. Adde alleges that she tried to resolve the dispute with the NIH. According to her complaint, these efforts proved unsuccessful, which led her to file this complaint. Id. ¶¶ 18-22.

In her complaint, Ms. Adde alleges that she is entitled to post allowances for the period from her arrival in Brussels (April 2000) through October 2006, and that she is entitled to her 2006 and 2007 cost-of-living adjustment. Id. ¶ 22. She does not set forth a specific amount in

her request for relief, but seeks backpay, allowances, differentials, interest, and attorneys fees and costs. Id. ¶¶ 27, 32.

ARGUMENT

I. Applicable Standard

It is axiomatic that if this Court lacks subject matter jurisdiction over the claims in the complaint, the complaint must be dismissed. RCFC 12(b)(1). The plaintiff bears the burden of showing that the Court possesses jurisdiction over her claims. McNutt v. General Motors Acceptance Corp. of Indiana, 298 U.S. 178, 189 (1936); Reynolds v. Army & Air Force Exch. Serv., 846 F.2d 746, 748 (Fed. Cir. 1988). Furthermore, the plaintiff must carry this burden by a preponderance of the evidence. Reynolds, 846 F.2d at 748.

In determining whether it possesses subject matter jurisdiction, this Court is to treat the allegations in the complaint as true and draw all reasonable inferences in the plaintiff's favor. Scheuer v. Rhodes, 416 U.S. 232, 236 (1974); Henke v. United States, 60 F.3d 795, 797 (Fed. Cir. 1995). The Court may, however, take into account "evidentiary matters outside the pleadings" in making this determination. Indium Corp. Of America v. Semi-Alloys, Inc., 781 F.2d 879, 884 (Fed. Cir. 1985); Thomas v. United States, 34 Fed. Cl. 619, 621 (1995). In particular, the Court can consider matters of public record. Sebastian v. United States, 185 F.3d 1368, 1374 (Fed. Cir. 1999). In addition, where a plaintiff has attached materials to her complaint, these materials may be considered as part of the complaint on a motion to dismiss. Pennington Seed, Inc. v. Produce Exchange No. 299, 457 F.3d 1334 1342 n. 6 (Fed. Cir. 2006).

The jurisdiction of this Court is limited; this Court possesses jurisdiction only over claims where the United States has waived its sovereign immunity from suit. United States v.

Testan, 424 U.S. 392, 399 (1972); Booth v. United States, 990 F.2d 617, 619 (Fed. Cir. 1993). The Tucker Act, 28 U.S.C. § 1491, governs the United States' waiver of sovereign immunity from suit in this Court:

> This statute confers jurisdiction on the Court of Federal Claims, and a corresponding waiver of the government's sovereign immunity from suit, when the constitutional provision, statute, or regulation in question expressly creates a substantive right enforceable against the federal government for money damages.

LeBlanc v. United States, 50 F.3d 1025, 1028 (Fed. Cir. 1995). Because the Tucker Act is merely a jurisdictional statute, however, it creates no substantive right to relief in suits against the United States. Accordingly, a plaintiff in this Court must identify a contract or money-mandating constitutional provision, statute, or regulation that entitles him to relief. Holley v. United States, 124 F.3d 1462, 1465 (Fed. Cir. 1997); Sanders v. United States, 34 Fed. Cl. 75, 78 (1995). In any event, claims for money under the Tucker Act must be brought within six years after the date the claim accrues; this is a jurisdictional requirement. 28 U.S.C. § 2501; Soriano v. United States, 352 U.S. 270, 273 (1957); MacLean v. United States, 454 F.3d 1334, 1336 (Fed. Cir. 2006).

In addition, to state a claim for relief in this Court, a plaintiff must set forth factual allegations in support of her claim, rather than merely setting forth labels and conclusions, or merely reciting the elements of a cause of action. Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1964-69 (May 21, 2007) (limiting the language in Conley v. Gibson, 355 U.S. 41, 45-46 (1957), that "a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief"). As the Supreme Court recently held, "[f]actual allegations must be

enough to raise a right to relief above the speculative level, on the assumption that all the allegations in the complaint are true (even if doubtful in fact)." Id. at 1965.

Ms. Adde has failed to meet her burden to show that this Court possesses jurisdiction over her claims. She has not identified any contract or money-mandating legal provision that entitles her to money damages, and her claims fall well outside the established jurisdiction of the Court of Federal Claims. Furthermore, even if this Court possesses jurisdiction, she has failed to state a claim for relief.

## II. This Court Lacks Jurisdiction Over Ms. Adde's Claims For Post Allowances And Cost Of Living Adjustments

### A. None Of The Provisions Cited By Ms. Adde Grant This Court Jurisdiction Over Her Claim

In setting forth her claims for relief, Ms. Adde cites to various statutory and regulatory provisions, none of which grant this Court jurisdiction over her claims.[2] None of these provisions are money-mandating sources under the Tucker Act; accordingly, her claims in reliance upon them must fail.

[2] In her complaint, Ms. Adde characterizes the NIH's alleged failure to pay her post allowances and cost-of-living adjustments as a "reduction" in her wages and compensation. Compl. ¶¶ 26, 31. Under the Civil Service Reform Act (CSRA), which governs Federal employees such as Ms. Adde, claims regarding "reductions in pay" fall within the exclusive jurisdiction of the Merit Systems Protection Board. 5 U.S.C. §7 512. It is well settled that claims regarding the adverse actions set forth in that Act cannot be heard in this Court. Worthington v. United States, 168 F.3d 24, 26 (Fed. Cir.1999); Gallo v. United States, 76 Fed. Cl. 593, 600 (2007). It appears, however, that despite Ms. Adde's characterization of the NIH's alleged actions as a "reduction in pay," her claim may still not be appealable even to the MSPB. See Caven v. Merit Systems Protection Board, 392 F.3d 1378 (Fed. Cir. 2004).

Ms. Adde cites to the Department of State Standardized Regulations ("DSSR") in support of her post allowance claim.[3] The DSSR governing post allowance sets forth the criteria under which post allowances may be paid, but do not state that the post allowances are mandatory, as opposed to discretionary. In fact, the DSSR states that employee eligibility for post allowances is "determined by the relevant agency authority." DSSR § 040(i)(4). Ms. Adde has not cited to any statute or regulation which creates a non-discretionary entitlement to post allowances for an NIH employee in her situation. Without this, her claims under the DSSR fail for lack of jurisdiction.

Similarly, Ms. Adde cites to the Back Pay Act, 5 U.S.C. § 5996. This Court has recently reiterated that the Back Pay Act does not confer jurisdiction on this Court. To obtain the jurisdiction of this Court over her back pay claim, Ms. Adde must point to some other provision of law mandating money damages for "unjustified or unwarranted personnel action." Grosdidier v. United States, 77 Fed. Cl. 106, 108-109 (2007). Ms. Adde has pointed to no such provision.[4] Because none of the provisions cited by Ms. Adde constitute a money-mandating provision, she has failed to establish Tucker Act jurisdiction in this Court, and her complaint should be dismissed.

---

[3]Although Ms. Adde cites to DSSR § 120, it appears that this citation was in error. Compl. at 5. DSSR§ 120 governs temporary quarters subsistence allowances, not post allowances. It appears that Ms. Adde intended to refer the Court to DSSR§ 220, which governs post allowances. Both regulations have been set forth in the Appendix.

[4]We note that Ms. Adde has cited to the Debt Collection Act, 31 U.S.C. § 3701, et seq. It is unclear how this is applicable to Ms. Adde's complaint, as this Act concerns the Government's collection of its debts, and Ms. Adde has not set forth any allegations regarding collection of a debt. To the extent that Ms. Adde seeks to bring a claim under the Debt Collection Act, it does not meet the requirements of Twombly, discussed above, and thereby must be dismissed. 127 S. Ct. at 1965.

B. Even If This Court Determines That It Has Jurisdiction Over Ms. Adde's Claims, Claims Regarding Post Allowances Prior To 2001 Are Time-Barred

It appears that Ms. Adde may be alleging that the NIH committed one breach (failing to pay her post allowances when she was first posted to Belgium), which had continued ill effects later on. If so, and if this breach occurred more than six years prior to her complaint, her claims regarding post allowances are barred. 28 U.S.C. § 2501; Brown Park Estates-Fairfield Dev. Co. v. United States, 127 F.3d 1449, 1455 (Fed. Cir. 1997) ("A claim first accrues within the meaning of the statute of limitations when all the events have occurred which fix the liability of the Government and entitle the claimant to institute an action." (internal quotations omitted)). Even, however, if the continuing claim doctrine applies to her post allowance claims, because this Court would consider each alleged failure to properly pay her to constitute an "independent, distinct wrong," she still is not entitled to relief regarding any allegedly unpaid post allowances for periods more than six years prior to her complaint. See Brown Park Estates-Fairfield Dev. Co., 127 F.3d at 1455-56 (discussing the continuing claim doctrine in the context of contractual Tucker Act claims); Park Properties Assocs. L.P. v. United States, 74 Fed. Cl. 264, 270-272 (2006); see also Weber v. United States, 71 Fed. Cl. 717, 720-726 (2006) (discussing the continuing claims doctrine in the context of an Equal Pay Act claim, explaining that each instance of allegedly improper pay "is a discrete act and therefore embodies a separate cause of action for purposes of the statute of limitations."). Accordingly, this Court should dismiss any portion of the Ms. Adde's post allowance claims that arises prior to April 23, 2001.

III. Even If This Court Possesses Jurisdiction Over Ms. Adde's Complaint, Her Complaint Must Be Dismissed For Failure To State A Claim For Relief

Ms. Adde asserts that she is entitled to post allowance and cost-of-living adjustments without setting forth the factual allegations required to show such an entitlement. For example, she does not state whether post allowances are due employees being paid under the Title 38 Scale, employees posted to Belgium, or even NIH employees generally. Similarly, she does not establish any entitlement for cost-of-living adjustments, and does not point to any schedule showing what she would be owed given her position and her duty location. Her factual allegations, such as they are, regarding her entitlement to these benefits, are conclusory at best and insufficient to state a claim for relief. Twombly, 127 S.Ct. at 1964-69.

CONCLUSION

For the foregoing reasons, this Court should dismiss Ms. Adde's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr. By Kathryn A. Bleecker
MARTIN F. HOCKEY, JR.
Assistant Director

Of Counsel:
MARILYN BLANDFORD
Senior Attorney
Office of the General Counsel
Department of Health and Human Services
330 Independence Avenue, S.W.
Rm. 4760
Washington, D.C. 20201
Tel: (202) 619-2155
Fax: (202) 619-2922

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

August 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of August, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah

**APPENDIX**

**040 DEFINITIONS (Last updated 7/22/2007)**

**The following definitions apply to all chapters of these regulations, unless waived or modified in specific instances. Supplementary definitions which apply to specific chapters or sections only will be found in the General Provisions of those chapters and subchapters.**

**a. "United States" when used in a geographical sense, means the several States of the United States of America, including Alaska and Hawaii, and the District of Columbia. (See also Sections 241.1c and 251.1c.)**

**b. "Continental United States" means the several States of the United States of America, excluding Alaska and Hawaii, but including the District of Columbia.**

**c. "Government" means the Government of the United States of America.**

**d. "Government agency" means: (1) each executive department of the Government, (2) each independent establishment or agency in the executive branch of the Government, including each corporation wholly owned (either directly or through one or more corporations) by the Government, (3) the General Accounting Office, and (4) the Library of Congress.**

**e. "Head of agency" means either the head of a government agency or anyone designated by him/her to make determinations in his/her behalf.**

**f. "Foreign area" means any area situated outside the United States, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, and the possessions of the United States. With respect to teachers defined in subsection n, hereof, "foreign area" also includes the Midway Islands.**

**g. "Country of assignment" means the country in which the employee's post is located as listed in the electronic Table of Allowances (Section 920). (eff. 5/1/05 TL:SR 650)**

**h. "Post" means the place designated as the official station of the employee, regardless of whether he/she is detailed elsewhere or resides at another place with the authorization or approval of the head of his/her agency. (See also Section 061.)**

**i. "Employee" means an individual employed in the civilian service of a government agency (including ambassadors, ministers, and members of the Foreign Service of the United States under the Department of State) who is:**

**(1) a citizen of the United States (except under Section 312);**

**(2) officially stationed in a foreign area, except as otherwise specifically provided in these regulations;**

**(3) receiving basic compensation (Section 040k); and**

**(4) eligible for allowances or differential under subchapter 030, including the provisions pertaining to local hires (Section 031.12) and temporary employees (Section 031.4), as determined by relevant agency authority. (Eff 10/02/05 TL:SR 656)**

**No sex discrimination is implied or intended through use of male pronouns which may appear in these regulations.**

**j. "Non-citizen employee" means a civilian who is:**

**(1) not a citizen of the United States; but is**
**(2) employed by a government agency; and is**
**(3) officially stationed in a foreign area.**

**For purposes of Section 852 of these regulations, a United States citizen appointed under Section 303 and employed under Section 311 of the Foreign Service Act of 1980, is considered a non-citizen employee.**

k. "Basic compensation" means the rate of compensation fixed:

(1) by statute for the position held by an employee; or

(2) by administrative action pursuant to law; or

(3) administratively in conformity with rates paid by the Government for work of a comparable level of difficulty and responsibility in the continental United States, before any deduction is made and without taking into consideration any additional compensation such as overtime pay, night pay differential, hazard differential, extra pay for work on holidays, post differential, and allowances; except that for teachers defined in subsection n, hereof, basic compensation means the rate of compensation fixed by the military departments of the Department of Defense for the position held by an individual (including any appropriate increments for having completed a higher level of academic preparation) before any deduction is made and exclusive of all allowances, differentials, or other additional compensation.

l. "Salary" means the basic compensation of an employee plus, with respect to an employee serving as chief of mission, officer temporarily in charge of the operations of an agency at a post, or in some other similar capacity, any additional compensation that he/she may be authorized to receive while serving in such capacity, but exclusive of all allowances, differentials or other additional compensation.

m. "Family" means one or more of the following relatives of an employee residing in the same quarters as the employee at his/her post, or who would normally reside at the post except for the existence of circumstances cited in Section 262 warranting the grant of a separate maintenance allowance, but who does not receive from the Government an allowance similar to that granted to the employee and who is not deemed to be a dependent or a member of the family of another employee for the purpose of determining the amount of a similar allowance: (eff. 5/1/05 TL:SR 650)

(1) spouse, excluding a spouse entitled to and receiving a similar allowance;

(2) children who are unmarried and under 21 years of age or, regardless of age, are incapable of self-support. The term shall include, in addition to natural offspring, step and adopted children and those under legal guardianship of the employee or the spouse when such children are expected to be under such legal guardianship at least until they reach 21 years of age and when dependent upon and normally residing with the guardian. (See Sections 270 and 280 on education allowances and educational travel.);

(3) parents (including step and legally adoptive parents) of the employee or of the spouse, when such parents are at least 51 percent dependent (as defined by agency implementing regulations) on the employee for support (eff. 7/22/07 TL:SR 679);

(4) sisters and brothers (including step or adoptive sisters, or step or adoptive brothers) of the employee or of the spouse, when such sisters and brothers are at least 51 percent dependent (as defined by agency implementing regulations) on the employee for support, unmarried and under 21 years of age or, regardless of age, are incapable of self-support. (See also Sections 270 and 280 on education.) (eff. 7/22/07 TL:SR 679);

(5) when determined by the head of agency to be in the interest of the Government, a father, mother, brother, sister, son or daughter, regardless of age or dependency, who acts as the official hostess or equivalent for an employee who has no spouse residing with him or her at the post.

n. "Teacher" means an employee who is a teacher as defined in Section 2(2) of the Defense Department Overseas Teachers Pay and Personnel Practices Act (73 Stat. 213) and regulations issued thereunder by the Department of Defense. Substitute teachers are not considered to be teachers for the purpose of these regulations.

o. "Grant", used as a verb, means to authorize or approve payment of; "Grant", used as a noun, means authorization or approval for payment.

p. "Detail" means the temporary assignment or temporary duty (including temporary duty for consultation) of an employee away from his/her post (Section 040h). (See also Section 511c with respect to post hardship differential, Section 651c concerning

**danger pay, and Section 811c concerning compensatory time off.) (eff. 5/1/05 TL:SR 650)**

**q. "Transfer" means a change in an employee's post (Section 040h) within the same government agency.**

**r. "Separation" means termination of an employee's services with a government agency (including termination by resignation, retirement or death).**

## 120 TEMPORARY QUARTERS SUBSISTENCE ALLOWANCE (Last updated 5/1/2005)

### 121 Definition

"Temporary quarters subsistence allowance" means an allowance granted to an employee for the reasonable cost of temporary quarters, meals and laundry expenses incurred by the employee and/or family members:

a. for a period not to exceed 90 days after first arrival at a new post in a foreign area or a period ending with the occupation of residence (permanent) quarters, if earlier; or

b. for a period not to exceed 30 days immediately preceding final departure from the post subsequent to the necessary vacating of residence quarters.

### 122 Scope

#### 122.1 Purpose

The temporary quarters subsistence allowance is intended to assist in covering the average cost of adequate but not elaborate or unnecessarily expensive accommodations in a hotel, pension, or other transient-type quarters at the post of assignment, plus reasonable meal and laundry expenses for a period not in excess of 90 days after first arrival at a new post of assignment in a foreign area, ending with the occupation of residence quarters if earlier, or 30 days immediately preceding final departure from the post following necessary vacating of residence quarters.

#### 122.2 Extension

The 90 and 30 day temporary quarters subsistence periods may be extended up to but not more than an additional 60 days in each case if it is determined by the head of agency that compelling reasons beyond the control of the employee require continued occupancy of temporary quarters.

#### 122.3 Agency Options

Instead of paying TQSA as provided herein, an agency or post may choose to provide temporary quarters directly, to limit the number of days TQSA may be paid to fewer than the maximum number of days, and/or not to pay any TQSA if quarters with cooking facilities are provided.

### 123 Temporary Quarters Subsistence Allowance Upon First Arrival

#### 123.1 Commencement

The temporary quarters subsistence allowance grant to an employee upon first arrival at a new post, including an employee or family member occupying temporary quarters at no expense, (e.g. government-owned or leased housing), shall commence as of the applicable date shown below, or the date expenses for temporary lodging are incurred, if later:

a. the date the employee arrives at a new post;

b. the date a family member arrives at the new post prior to employee when the employee is delayed because of being ordered to report at another place for consultation or detail;

c. the effective date of transfer when the employee is already at the post to which transferred, (in this instance the 90 day period begins on the date of transfer); or

d. the date of return of the employee to the post after a temporary absence within the 90 days after first arrival (or the arrival of a family member if earlier), in circumstances where no temporary quarters subsistence allowance was paid for the period of the employee's absence.

#### 123.2 Termination

The temporary quarters subsistence allowance granted upon first arrival at a new post shall terminate as of the earliest of the following dates:

a. on the 91st day following first arrival of the employee or family member, if earlier, unless an extension is authorized under Section 122.2 by the head of agency;

b. the date temporary quarters are no longer occupied;

c. the date of occupancy of residence (permanent) quarters;

d. the date of the employee's departure, or the date of departure of family members if later, under transfer orders. Where the employee's departure for transfer precedes that of family members, the temporary quarters subsistence allowance at his/her previous post shall not extend beyond the date immediately preceding the date of arrival at his/her new post; or

e. the date of separation from a Federal agency.

**123.3 Amounts**

The amount of the temporary quarters subsistence allowance which may be reimbursed shall be the lesser of either the actual amount of allowable expenses incurred by the employee and family members for each time period or the amount computed as follows (reference: Section 960 TQSA worksheet):

**123.31 First Thirty Days**

a. For the initial occupant (employee or family member age 12 or over), a daily rate not in excess of 75% of the per diem rate listed for the foreign post in Section 925 of the Standardized Regulations (Government Civilians, Foreign Areas); and

b. For each additional occupant, whether employee or family member age 12 or over, 50% of the per diem rate listed for the foreign post.

c. For each family member occupant under age 12, 40% of the per diem rate listed for the foreign post.

**123.32 Second Thirty Days**

a. For the initial occupant (employee or family member age 12 or over), a daily rate not in excess of 65% of the per diem rate listed for the foreign post in Section 925 of the Standardized Regulations (Government Civilians, Foreign Areas); and

b. For each additional occupant, whether employee or family member age 12 or over,45% of the per diem rate listed for the foreign post.

c. For each family member occupant under age 12, 35% of the per diem rate listed for the foreign post.

**123.33 Third Thirty Days**

a. For the initial occupant (employee or family member age 12 or over), a daily rate not in excess of 55% of the per diem rate listed for the foreign post in Section 925 of the Standardized Regulations (Government Civilians, Foreign Areas); and

b. For each additional occupant, whether employee or family member age 12 or over, 40% of the per diem rate listed for the foreign post.

c. For each family member occupant under age 12, 30% of the per diem rate listed for the foreign post.

**123.34 Additional Sixty Days:**

When the head of agency determines, on a case by case basis, that an extension of time is necessary due to compelling reasons beyond the control of the employee, up to an additional sixty days may be authorized, computed at the same rates established for the third thirty day period.

**123.35 Reduction When No Cost Quarters are Occupied**

When no cost temporary housing is occupied by the employee an amount not to exceed one-half of the amount established in 123.3 for each occupant shall be the maximum amount payable for actual meal, laundry and dry cleaning costs while occupying such quarters.

**123.36 Excessive Lodging Costs After the First 30 Days**

In exceptional circumstances when temporary lodging facilities in the locality are extremely limited and necessary lodging costs are excessive, the head of agency may authorize an amount of actual expenses incurred not to exceed the rate produced by Section 123.31. Prior to exercise of this authority the authorizing official must certify in writing that every effort has been made to obtain a lower lodging rate for the period in question. All other alternatives should be exhausted before this special authorization is used.

## 124 Temporary Quarters Subsistence Allowance Preceding Final Departure

### 124.1 Commencement

If the head of agency determines that it is necessary for an employee to occupy temporary quarters immediately preceding final departure from the post, the grant of a temporary quarters subsistence allowance may commence as of the latest of the following dates:

a. the date following the necessary vacating of government owned or leased quarters or termination of the living quarters allowance grant (exception: the head of agency or designee may determine that up to five days are required for payment of both the living quarters allowance and the temporary quarters subsistence allowance because the employee must necessarily vacate permanent residence quarters in order to comply with stringent lease requirements for cleaning and repair);

b. the date expenditures for temporary lodging are first incurred following the necessary vacating of residence quarters. However, see Section 124.33 for employee occupying no cost temporary quarters.

The agency head or designee may authorize the grant of temporary quarters subsistence allowance up to five days prior to the termination of the grant of living quarters allowance if such agency head or designee determines that it is necessary for the employee to vacate existing quarters in order to meet lease requirements for cleaning and repair.

### 124.2 Termination

A temporary quarters subsistence allowance granted immediately preceding the employee's final departure from the post shall terminate as of the earliest of the following dates:

a. on the 31st day following commencement of the grant unless an extension is authorized under Section 122.2 by the head of agency;

b. the date expenses for temporary lodging are no longer incurred; however, see Section 124.33 for employee occupying no cost temporary quarters;

c. the date of the employee's departure, or the date of departure of family members if later, under transfer orders. Where the employee's departure for transfer precedes that of family members, the temporary quarters subsistence allowance at the previous post shall not extend beyond the date preceding the date of the arrival of the new employee at the new post; or

d. the date of separation from a Federal agency.

### 124.3 Amounts

The amount of the temporary quarters subsistence allowance which may be reimbursed shall be the lesser of either the actual amount of allowable expenses incurred by the employee and family members for each time period or the amount computed as follows (reference: Section 960 TQSA worksheet):

**124.31 First thirty days**

a. For the initial occupant (employee or family member age 12 or over), a daily rate not in excess of 75% of the per diem rate listed for the foreign post in Section 925 of the Standardized Regulations (Government Civilians, Foreign Areas); and

b. For each additional occupant, whether employee or family member age 12 or over, 50% of the per diem listed for the foreign post.

c. For each family member occupant under age 12, 40% of the per diem rate listed for the foreign post.

**124.32 Additional sixty days**

When the head of agency determines, on a case by case basis, that an extension of time is necessary due to compelling reasons beyond the control of the employee, up to an additional sixty days may be authorized as follows:

(1) First thirty day extension

(a) For the initial occupant (employee or family member age 12 or over), a daily rate not in excess of 65% of the foreign per diem rate listed for the post in Section 925 of the Standardized Regulations (Government Civilians, Foreign Areas); and

(b) For each additional occupant, whether employee or family member age 12 or over, 45% of the per diem rate listed for the foreign post.

(c) For each family member occupant under age 12, 35% of the per diem rate listed for the foreign post.

(2) Second thirty day extension

(a) For the initial occupant (employee or family member age 12 or over), a daily rate not in excess of 55% of the foreign per diem rate listed for the post in Section 925 of the Standardized Regulations (Government Civilians, Foreign Areas); and

(b) For each additional occupant, whether employee or family member age 12 or over, 40% of the per diem listed for the foreign post.

(c) For each family member occupant under age 12, 30% of the per diem rate listed for the foreign post.

**124.33 Reduction When No Cost Quarters are Occupied**

When no cost temporary quarters are occupied by the employee an amount not to exceed one-half of the amount established in 124.3 for each occupant shall be the maximum amount payable for actual meal, laundry and dry cleaning costs while occupying such quarters. For example, if the total per diem rate for the post is $100 for lodging and $50 for M&IE, the employee in no cost quarters would be eligible for half of the allowed rate of $112.50 (75% of $150 applying the rules of 124.3) which would be $56.25 per day. (eff. 5/1/05 TL:SR 650)

**124.34 Excessive Lodging Costs After the First 30 Days**

In exceptional circumstances when temporary lodging facilities in the locality are extremely limited and necessary lodging costs are excessive, the head of agency may authorize an amount of actual expenses incurred not to exceed the rate produced by Section 124.31. Prior to exercise of this authority the authorizing official must certify in writing that every effort has been made to obtain a lower lodging rate for the period in question. All other alternatives should be exhausted before this special authorization is used.

**125 Determination of Rate**

The rate at which the temporary quarters subsistence allowance may be granted shall be the total amount of the reasonable and necessary expenses for the employee and family members for meals, including tax, service charges and tips, laundry/dry cleaning and temporary lodging (including room and bath, heat, light, fuel, water and the cost of service fees and taxes imposed by the management or local government upon the occupant during the period or periods allowed by Sections 123 and 124) or the total of the maximum rates for such period or periods, whichever is less. The location of the temporary quarters must be within reasonable proximity of the post. Evidence of the daily cost of meals, laundry and dry cleaning shall be a certified statement by the employee. Supporting receipts or other appropriate documentation for the daily cost of temporary lodging shall also be supplied. Only actual subsistence expenses incurred, which are reasonable in amount and incident to the occupancy of temporary quarters, shall be reimbursed. Section 960 TQSA Worksheet may be used to support a TQSA claim.

The daily actual expenses for temporary lodging, meals (including groceries consumed during occupancy of temporary quarters), fees and tips incident to meals and lodging, laundry and cleaning of clothing will be totaled for each 30 day period to permit a comparison with the maximum amount for each specified period. If less than a 30 day period is authorized, or used, the maximum allowable amount will be based on the number of days authorized, or used, multiplied by the applicable daily rate. Expenses of local transportation and other expenses not directly related to lodging, meals and the laundry/dry cleaning of clothes are not reimbursable under this allowance.

## 126 Special Rules

### 126.1 Married Couple Employees at the Same Post

Each married couple employee may be granted the "initial occupant" rate under Sections 123 and 124, but only one of the couple may be granted applicable amounts for any additional family members (excluding spouse). Alternatively, the couple may agree to consider one spouse as a family member only.

### 126.2 Payment During Periods of Official Travel

The temporary quarters subsistence allowance may continue on behalf of any individual (employee or family member) during any period of official travel which authorizes per diem on behalf of that individual. However, payment shall be authorized only when the head of agency has determined that the employee has acted responsibly in retaining temporary quarters during the period of official travel. Payment for the temporary quarters maintained at the post of assignment shall be computed using only the lodging portion of the applicable per diem rate and the formulas found in Sections 123.3 and 124.3.

### 126.3 Payment to Eligible Family Members of Deceased Employee

When the employee has died while stationed in a foreign area, eligible family members may be reimbursed for up to five days of TQSA when the head of agency or designee determines it is necessary to occupy temporary quarters after vacating permanent quarters prior to final departure from post.

## 127 Prohibitions

Any post allowance which would be otherwise authorized under Section 220 of these regulations shall not be paid for any period during which the temporary quarters subsistence allowance is paid.

## 128 Effective Dates of Revisions

The temporary quarters subsistence allowance grant shall be appropriately revised as of:

a. the effective date of an authorized change in the per diem rate of the post as shown Section 925 of the Standardized Regulations, (Government Civilians, Foreign Areas);

b. the date of change in the employee's family size.

## 129 Payment

**The grant of the temporary quarters subsistence allowance may be paid in a lump-sum amount. The allowance must be claimed by the employee on the Standard Form 1190. Employee should list the following in Box 18, Remarks: (1) Temporary Quarters occupied by the employee and family; (2) total claim being made for quarters and subsistence; and (3) total of any advance of funds provided under Section 113.2. Receipts and other documentation required by Section 125, or pertinent agency regulations, should be attached to the SF-1190 prior to submission to the approval or granting official of the agency.**

# 220 POST ALLOWANCE (Last updated 7/22/2007)

## 221 Definition

"Post allowance" means a cost-of-living allowance granted to an employee officially stationed at a post in a foreign area where the cost of living, exclusive of quarters costs, is substantially higher than in Washington, D.C.

## 222 Scope

The post allowance is a balancing factor designed to permit employees to spend the same portion of their basic compensation for current living as they would in Washington, D.C., without incurring a reduction in their standard of living because of higher costs of goods and services at the post. The post allowance payment tables (Section 229) represent a percentage increase over Washington cost-of-living, applied to "spendable income", i.e., that portion of basic compensation available for disbursement after deduction for taxes, gifts and contributions, savings (including insurance and retirement) and U.S. shelter and household utility expenses. In addition to local prices, the comparative cost of living considers the normal expenses of the average Government employee at the post (including imports and commissary purchases paid for in United States dollars) and additional costs resulting from local climatic and health conditions and customs, as related to costs for the same or similar items and conditions affecting Government employees in the Washington, D.C. area. Education and other costs peculiar to one segment of personnel at a post are not considered. The amount paid is a flat rate varying only by basic salary, size of family, and post, regardless of individual expenses.

## 223 Commencement

### 223.1 Newly Appointed or Transferred Employee

The post allowance grant to a newly appointed or transferred employee shall commence as of the following applicable date:

a. the date the employee arrives at a new post (also see Section 053), except that no post allowance authorized under this section shall be paid during any period when an employee or family member is receiving payment of a temporary quarters subsistence allowance authorized under Section 120 of these regulations;

b. the date the family arrives at the new post when the employee's arrival is delayed because of his/her being ordered to report at another place for consultation or detail and the family arrives at the new post before employee;

c. the date of the employee's entrance on duty, if the employee is recruited at the post;

d. the effective date of transfer when the employee is already at the post to which transferred (the effective date of transfer being considered the date of first arrival at the new post).

### 223.2 Upon Return to Post

The post allowance grant to an employee whose allowance was discontinued during a period of absence shall begin as of the date of return to the post, or as of the date of return of the family if they precede him/her to the post after such period of absence.

## 224 Termination

### 224.1 Transfer

The post allowance grant to an employee who is transferred shall terminate as of:

a. the date the employee or family member occupies temporary quarters prior to departure and for which the temporary quarters subsistence allowance under Section 120 of these regulations is payable;

b. the date the employee commences official travel under transfer, or combined leave and transfer order;

c. the effective date of transfer when no travel by the employee under the transfer order is involved.

224.2 Leave Orders (for other than leave orders, see Section 225)

The post allowance grant to an employee who has been issued official travel orders for leave, unrelated to transfer, shall terminate as of:

a. the date he/she commences travel under such orders which authorize payment of travel per diem allowance, including home leave travel with return to post authorized;

As an exception, the post allowance grant shall be revised to the appropriate lower family size rate while an employee with family is absent from the post under official orders for leave unrelated to transfer, in instances where the head of agency determines that the employee is required to continue the usual expenses of his/her residence at the post to maintain one or more members of family who remain at the post.

b. the 31st calendar day of absence from the post under travel orders which do not authorize payment of travel per diem allowance.

224.3 Separation

The post allowance grant to an employee who is separated (Section 040r) shall terminate as of the date of his/her departure from the post or the last day of employment, whichever is earlier.

The Office of Personnel Management advises that upon separation from Federal service, a post allowance in a foreign area under 5 U.S.C. 5924(1) and these Standardized Regulations (DSSR) is included in an employee's lump-sum payment for annual leave if the employee’s official duty station is in the foreign area when he or she becomes eligible for a lump-sum payment under 5 U.S.C. 5551, 5 CFR 550.1203, and 5 CFR 550.1205(b)(9). The receipt of a temporary subsistence allowance under 5 U.S.C. 5923 prior to departure from the post and the projection of the lump-sum payment period does not prohibit the inclusion of a post allowance in the employee's lump-sum payment for annual leave. (eff. 7/22/07 TL:SR 679)

225 Continuance During Absence from Post

225.1 Employee Without Family

The post allowance grant to an employee without family continues:

a. while he/she remains in the country of assignment (Section 040g); and

b. while he/she is outside the country of assignment for short periods of absences (up to 30 consecutive calendar days) unless the officer designated to authorize allowances determines that the grant should not continue. On the 31st day of absence, the grant is to be terminated. (For travel under leave orders, see Section 224.2.)

225.2 Employee With Family (eff. 5/1/05 TL:SR 650)

The post allowance grant to an employee with family continues at the appropriate family size rate:

a. while the employee and all members of the family are outside the country of assignment for short periods of absences (up to 30 consecutive calendar days) unless the officer designated to authorize allowances determines that the grant should not continue. On the 31st day of absence the grant is to be terminated. (For travel under leave orders see Section 224.2.);

b. while the employee is temporarily absent from the country of assignment under official duty orders and all members of the family remain in the country of

assignment. On the 31st day of absence the family size will be reduced by one member; and (eff. 5/1/05 TL:SR 650)

c. for a period not in excess of 30 days while any or all members of the family are temporarily absent from the post and the employee remains in the country, except as otherwise provided in Sections 227.1 and 227.2. On the 31st day any grant shall be reduced appropriately.

**226 Determination of Rate**

Except as otherwise prescribed in Sections 223.1, 224.1 and 226.1, a post allowance shall be granted to an employee at a rate to be determined by the classification (Section 061 and Section 920) of his/her post (Section 040h), as prescribed Section 920; his/her salary (Section 040l); family size (Section 040m); and the applicable annual rate prescribed in Section 229. (eff. 5/1/05 TL:SR 650)

**226.1 Special Rule - Married Couple Employees at the Same Post**

When married couple employees without family members are both eligible for the post allowance, each may be granted the post allowance in Section 229.1 for one person.

When married couple employees with family members are both eligible for the post allowance, one employee spouse, at his/her option, may receive the post allowance for family members (Section 040m). The other employee may be granted the post allowance for one person only.

**227 Revision of Grant**

**227.1 Change in Applicable Rate**

The post allowance grant shall be appropriately revised effective the date of change in any of the following:

a. classification of the post (Section 920); (eff. 5/1/05 TL:SR 650)

b. payment tables (Section 229);

c. employee's salary; or

d. employee's family size (for example: reducing family size when a family member capable of self-support reaches age 21 or adding to family size for a birth or adoption). (eff. 5/1/05 TL:SR 650)

**227.2 Change Pursuant to an Away from Post Education Allowance and Educational Travel**

When a child on whose behalf an employee is currently receiving either an away from post education allowance or educational travel leaves the post for a period in excess of 30 days, the employee's post allowance shall be revised to the next lower family size rate. When the child returns to the post for a period in excess of 14 days, the allowance may again be revised to restore the reduced amount. Revisions shall be made effective as of the date of departure or arrival of the child if such date falls on the first day of a pay period. Otherwise, the revision shall be made effective as of the first day of the pay period next following the applicable date.

**228 Post Allowance Levels**

228.1 The post allowance level is based on the foreign cost of living as compared with that of the Washington, D.C. area. The post allowance levels for all locations are listed under the "Cost of Living" heading of the electronic Section 920 on the Department of State's external (http://aoprals.state.gov/Web920/location.asp) and internal web sites. (eff. 7/22/07 TL:SR 679)

The six tables in Section 229 list annual amounts of post allowance payments for employees with different base salaries and the number of persons eligible for the post allowance. The word person means the employee or family members eligible for post allowance payments under these regulations.

**228.2** The post allowance level is based on a cost of living index number which shows living costs in the foreign location relative to living costs in Washington, D.C. as 100. This living cost comparison is developed from the Retail Price Schedule report required by Section 070 and completed in accordance with Section 950 of these regulations.

Post allowance payments are based on the cost of living index as applied to the employee's spendable income. Spendable income is defined as that portion of base salary available to the employee after typical deductions for Federal, State and local income taxes; U.S. shelter and household utility expenses; retirement funds; contributions and gifts to persons and organizations outside the family; life insurance programs and personal savings. The post allowance payment tables (Section 229) are based on national Consumer Expenditure Surveys as conducted periodically by the Bureau of Labor Statistics of the U.S. Department of Labor.

The following table shows how the cost of living index number is used to derive specific post allowance levels.

| Cost of Living Index for Foreign Location (Washington = 100) | Post Allowance Class (percent applied to spendable income to Determine allowance) |
|---|---|
| 103 - 107 | 5% |
| 108 - 112 | 10 |
| 113 - 117 | 15 |
| 118 - 122 | 20 |
| 123 - 127 | 25 |
| 128 - 132 | 30 |
| 133 - 137 | 35 |
| 138 - 145 | 42 |
| 146 - 155 | 50 |
| 156 - 165 | 60 |
| 166 - 175 | 70 |
| 176 - 185 | 80 |
| 186 - 195 | 90 |
| 196 - 205 | 100 |
| 206 - 215 | 110 |
| 216 - 225 | 120 |
| 226 - 235 | 130 |
| 236 - 245 | 140 |
| 246 - 255 | 150 |
| 256 - 265 | 160 |

The above post allowance classes represent the mid-points of the cost of living index ranges. The index ranges were selected so as to provide increases of approximately five percent from the mid-point of one index range to the next. (e.g. an increase from 105 to 110 and from 210 to 220 are 5 and 10 index points, respectively, but both are approximately 5% increases.)

The post allowance classes are in Section 920 and the payment tables are in Section 229 of these regulations. Although the present tables are designed to show allowance levels up to 100% above those of Washington, D.C. the tables may be revised as necessary to reflect any current post allowance level indicated by new cost of living survey indexes.

## 229 Payment

Post allowances shall be computed and paid at annual rates, divided by the number of days in the calendar year to obtain a daily rate (counting 1/2 cent and over as a whole cent); multiplying the daily rate by 14 to obtain a biweekly rate; and multiplying the daily rate by the number of days involved to obtain the rate for any other period. The rate for any split pay period at the end of a calendar year shall be computed at the daily rate applicable on the first day of that pay period.

(Post allowance payment tables for six family sizes are included in Section 229.1.)

**229.1 Post Allowance Payment Tables (Last Updated 10/8/2000)**

POST ALLOWANCE PAYMENT TABLES (SIX TABLES)

229.1 TABLE 1: ONE PERSON

POST CLASSIFICATION - ANNUAL RATES IN U.S. DOLLARS

| ANNUAL SALARY | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 42% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139,000 and over | 1895 | 3790 | 5685 | 7580 | 9475 | 11370 | 13265 | 15918 | 18950 | 22740 | 26530 | 30320 | 34110 | 37900 |
| 132,000 - 138,999 | 1850 | 3700 | 5550 | 7400 | 9250 | 11100 | 12950 | 15540 | 18500 | 22200 | 25900 | 29600 | 33300 | 37000 |
| 125,000 - 131,999 | 1815 | 3630 | 5445 | 7260 | 9075 | 10890 | 12705 | 15246 | 18150 | 21780 | 25410 | 29040 | 32670 | 36300 |
| 118,000 - 124,999 | 1775 | 3550 | 5325 | 7100 | 8875 | 10650 | 12425 | 14910 | 17750 | 21300 | 24850 | 28400 | 31950 | 35500 |
| 112,000 - 117,999 | 1730 | 3460 | 5190 | 6920 | 8650 | 10380 | 12110 | 14532 | 17300 | 20760 | 24220 | 27680 | 31140 | 34600 |
| 106,000 - 111,999 | 1690 | 3380 | 5070 | 6760 | 8450 | 10140 | 11830 | 14196 | 16900 | 20280 | 23660 | 27040 | 30420 | 33800 |
| 100,000 - 105,999 | 1645 | 3290 | 4935 | 6580 | 8225 | 9870 | 11515 | 13818 | 16450 | 19740 | 23030 | 26320 | 29610 | 32900 |
| 95,000 - 99,999 | 1600 | 3200 | 4800 | 6400 | 8000 | 9600 | 11200 | 13440 | 16000 | 19200 | 22400 | 25600 | 28800 | 32000 |
| 90,000 - 94,999 | 1555 | 3110 | 4665 | 6220 | 7775 | 9330 | 10885 | 13062 | 15550 | 18660 | 21770 | 24880 | 27990 | 31100 |
| 85,000 - 89,999 | 1505 | 3010 | 4515 | 6020 | 7525 | 9030 | 10535 | 12642 | 15050 | 18060 | 21070 | 24080 | 27090 | 30100 |
| 80,000 - 84,999 | 1460 | 2920 | 4380 | 5840 | 7300 | 8760 | 10220 | 12264 | 14600 | 17520 | 20440 | 23360 | 26280 | 29200 |
| 75,000 - 79,999 | 1405 | 2810 | 4215 | 5620 | 7025 | 8430 | 9835 | 11802 | 14050 | 16860 | 19670 | 22480 | 25290 | 28100 |
| 71,000 - 74,999 | 1360 | 2720 | 4080 | 5440 | 6800 | 8160 | 9520 | 11424 | 13600 | 16320 | 19040 | 21760 | 24480 | 27200 |
| 67,000 - 70,999 | 1315 | 2630 | 3945 | 5260 | 6575 | 7890 | 9205 | 11046 | 13150 | 15780 | 18410 | 21040 | 23670 | 26300 |
| 63,000 - 66,999 | 1265 | 2530 | 3795 | 5060 | 6325 | 7590 | 8855 | 10626 | 12650 | 15180 | 17710 | 20240 | 22770 | 25300 |
| 59,000 - 62,999 | 1220 | 2440 | 3660 | 4880 | 6100 | 7320 | 8540 | 10248 | 12200 | 14640 | 17080 | 19520 | 21960 | 24400 |
| 55,000 - 58,999 | 1170 | 2340 | 3510 | 4680 | 5850 | 7020 | 8190 | 9828 | 11700 | 14040 | 16380 | 18720 | 21060 | 23400 |
| 51,000 - 54,999 | 1115 | 2230 | 3345 | 4460 | 5575 | 6690 | 7805 | 9366 | 11150 | 13380 | 15610 | 17840 | 20070 | 22300 |
| 48,000 - 50,999 | 1070 | 2140 | 3210 | 4280 | 5350 | 6420 | 7490 | 8988 | 10700 | 12840 | 14980 | 17120 | 19260 | 21400 |
| 45,000 - 47,999 | 1030 | 2060 | 3090 | 4120 | 5150 | 6180 | 7210 | 8652 | 10300 | 12360 | 14420 | 16480 | 18540 | 20600 |
| 42,000 - 44,999 | 990 | 1980 | 2970 | 3960 | 4950 | 5940 | 6930 | 8316 | 9900 | 11880 | 13860 | 15840 | 17820 | 19800 |
| 39,000 - 41,999 | 945 | 1890 | 2835 | 3780 | 4725 | 5670 | 6615 | 7938 | 9450 | 11340 | 13230 | 15120 | 17010 | 18900 |
| 36,000 - 38,999 | 900 | 1800 | 2700 | 3600 | 4500 | 5400 | 6300 | 7560 | 9000 | 10800 | 12600 | 14400 | 16200 | 18000 |
| 33,000 - 35,999 | 855 | 1710 | 2565 | 3420 | 4275 | 5130 | 5985 | 7182 | 8550 | 10260 | 11970 | 13680 | 15390 | 17100 |
| 30,000 - 32,999 | 810 | 1620 | 2430 | 3240 | 4050 | 4860 | 5670 | 6804 | 8100 | 9720 | 11340 | 12960 | 14580 | 16200 |
| 28,000 - 29,999 | 775 | 1550 | 2325 | 3100 | 3875 | 4650 | 5425 | 6510 | 7750 | 9300 | 10850 | 12400 | 13950 | 15500 |
| 26,000 - 27,999 | 740 | 1480 | 2220 | 2960 | 3700 | 4440 | 5180 | 6216 | 7400 | 8880 | 10360 | 11840 | 13320 | 14800 |
| 24,000 - 25,999 | 710 | 1420 | 2130 | 2840 | 3550 | 4260 | 4970 | 5964 | 7100 | 8520 | 9940 | 11360 | 12780 | 14200 |
| 22,000 - 23,999 | 680 | 1360 | 2040 | 2720 | 3400 | 4080 | 4760 | 5712 | 6800 | 8160 | 9520 | 10880 | 12240 | 13600 |
| 20,000 - 21,999 | 645 | 1290 | 1935 | 2580 | 3225 | 3870 | 4515 | 5418 | 6450 | 7740 | 9030 | 10320 | 11610 | 12900 |
| 18,000 - 19,999 | 615 | 1230 | 1845 | 2460 | 3075 | 3690 | 4305 | 5166 | 6150 | 7380 | 8610 | 9840 | 11070 | 12300 |
| 16,000 - 17,999 | 580 | 1160 | 1740 | 2320 | 2900 | 3480 | 4060 | 4872 | 5800 | 6960 | 8120 | 9280 | 10440 | 11600 |
| 14,000 - 15,999 | 545 | 1090 | 1635 | 2180 | 2725 | 3270 | 3815 | 4578 | 5450 | 6540 | 7630 | 8720 | 9810 | 10900 |
| under 14,000 | 510 | 1020 | 1530 | 2040 | 2550 | 3060 | 3570 | 4284 | 5100 | 6120 | 7140 | 8160 | 9180 | 10200 |

POST ALLOWANCE PAYMENT TABLES (SIX TABLES) 229.1

TABLE 2: TWO PERSONS

POST CLASSIFICATION - ANNUAL RATES IN U.S. DOLLARS

| ANNUAL SALARY | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 42% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139,000 and over | 2130 | 4260 | 6390 | 8520 | 10650 | 12780 | 14910 | 17892 | 21300 | 25560 | 29820 | 34080 | 38340 | 42600 |
| 132,000 - 138,999 | 2080 | 4160 | 6240 | 8320 | 10400 | 12480 | 14560 | 17472 | 20800 | 24960 | 29120 | 33280 | 37440 | 41600 |
| 125,000 - 131,999 | 2040 | 4080 | 6120 | 8160 | 10200 | 12240 | 14280 | 17136 | 20400 | 24480 | 28560 | 32640 | 36720 | 40800 |
| 118,000 - 124,999 | 1995 | 3990 | 5985 | 7980 | 9975 | 11970 | 13965 | 16758 | 19950 | 23940 | 27930 | 31920 | 35910 | 39900 |
| 112,000 - 117,999 | 1950 | 3900 | 5850 | 7800 | 9750 | 11700 | 13650 | 16380 | 19500 | 23400 | 27300 | 31200 | 35100 | 39000 |
| 106,000 - 111,999 | 1900 | 3800 | 5700 | 7600 | 9500 | 11400 | 13300 | 15960 | 19000 | 22800 | 26600 | 30400 | 34200 | 38000 |
| 100,000 - 105,999 | 1850 | 3700 | 5550 | 7400 | 9250 | 11100 | 12950 | 15540 | 18500 | 22200 | 25900 | 29600 | 33300 | 37000 |
| 95,000 - 99,999 | 1795 | 3590 | 5385 | 7180 | 8975 | 10770 | 12565 | 15078 | 17950 | 21540 | 25130 | 28720 | 32310 | 35900 |
| 90,000 - 94,999 | 1750 | 3500 | 5250 | 7000 | 8750 | 10500 | 12250 | 14700 | 17500 | 21000 | 24500 | 28000 | 31500 | 35000 |
| 85,000 - 89,999 | 1695 | 3390 | 5085 | 6780 | 8475 | 10170 | 11865 | 14238 | 16950 | 20340 | 23730 | 27120 | 30510 | 33900 |
| 80,000 - 84,999 | 1640 | 3280 | 4920 | 6560 | 8200 | 9840 | 11480 | 13776 | 16400 | 19680 | 22960 | 26240 | 29520 | 32800 |
| 75,000 - 79,999 | 1580 | 3160 | 4740 | 6320 | 7900 | 9480 | 11060 | 13272 | 15800 | 18960 | 22120 | 25280 | 28440 | 31600 |
| 71,000 - 74,999 | 1525 | 3050 | 4575 | 6100 | 7625 | 9150 | 10675 | 12810 | 15250 | 18300 | 21350 | 24400 | 27450 | 30500 |
| 67,000 - 70,999 | 1475 | 2950 | 4425 | 5900 | 7375 | 8850 | 10325 | 12390 | 14750 | 17700 | 20650 | 23600 | 26550 | 29500 |
| 63,000 - 66,999 | 1425 | 2850 | 4275 | 5700 | 7125 | 8550 | 9975 | 11970 | 14250 | 17100 | 19950 | 22800 | 25650 | 28500 |
| 59,000 - 62,999 | 1370 | 2740 | 4110 | 5480 | 6850 | 8220 | 9590 | 11508 | 13700 | 16440 | 19180 | 21920 | 24660 | 27400 |
| 55,000 - 58,999 | 1315 | 2630 | 3945 | 5260 | 6575 | 7890 | 9205 | 11046 | 13150 | 15780 | 18410 | 21040 | 23670 | 26300 |
| 51,000 - 54,999 | 1255 | 2510 | 3765 | 5020 | 6275 | 7530 | 8785 | 10542 | 12550 | 15060 | 17570 | 20080 | 22590 | 25100 |
| 48,000 - 50,999 | 1205 | 2410 | 3615 | 4820 | 6025 | 7230 | 8435 | 10122 | 12050 | 14460 | 16870 | 19280 | 21690 | 24100 |
| 45,000 - 47,999 | 1160 | 2320 | 3480 | 4640 | 5800 | 6960 | 8120 | 9744 | 11600 | 13920 | 16240 | 18560 | 20880 | 23200 |
| 42,000 - 44,999 | 1110 | 2220 | 3330 | 4440 | 5550 | 6660 | 7770 | 9324 | 11100 | 13320 | 15540 | 17760 | 19980 | 22200 |
| 39,000 - 41,999 | 1065 | 2130 | 3195 | 4260 | 5325 | 6390 | 7455 | 8946 | 10650 | 12780 | 14910 | 17040 | 19170 | 21300 |
| 36,000 - 38,999 | 1015 | 2030 | 3045 | 4060 | 5075 | 6090 | 7105 | 8526 | 10150 | 12180 | 14210 | 16240 | 18270 | 20300 |
| 33,000 - 35,999 | 965 | 1930 | 2895 | 3860 | 4825 | 5790 | 6755 | 8106 | 9650 | 11580 | 13510 | 15440 | 17370 | 19300 |
| 30,000 - 32,999 | 915 | 1830 | 2745 | 3660 | 4575 | 5490 | 6405 | 7686 | 9150 | 10980 | 12810 | 14640 | 16470 | 18300 |
| 28,000 - 29,999 | 870 | 1740 | 2610 | 3480 | 4350 | 5220 | 6090 | 7308 | 8700 | 10440 | 12180 | 13920 | 15660 | 17400 |
| 26,000 - 27,999 | 835 | 1670 | 2505 | 3340 | 4175 | 5010 | 5845 | 7014 | 8350 | 10020 | 11690 | 13360 | 15030 | 16700 |
| 24,000 - 25,999 | 800 | 1600 | 2400 | 3200 | 4000 | 4800 | 5600 | 6720 | 8000 | 9600 | 11200 | 12800 | 14400 | 16000 |
| 22,000 - 23,999 | 765 | 1530 | 2295 | 3060 | 3825 | 4590 | 5355 | 6426 | 7650 | 9180 | 10710 | 12240 | 13770 | 15300 |
| 20,000 - 21,999 | 725 | 1450 | 2175 | 2900 | 3625 | 4350 | 5075 | 6090 | 7250 | 8700 | 10150 | 11600 | 13050 | 14500 |
| 18,000 - 19,999 | 690 | 1380 | 2070 | 2760 | 3450 | 4140 | 4830 | 5796 | 6900 | 8280 | 9660 | 11040 | 12420 | 13800 |
| 16,000 - 17,999 | 650 | 1300 | 1950 | 2600 | 3250 | 3900 | 4550 | 5460 | 6500 | 7800 | 9100 | 10400 | 11700 | 13000 |
| 14,000 - 15,999 | 615 | 1230 | 1845 | 2460 | 3075 | 3690 | 4305 | 5166 | 6150 | 7380 | 8610 | 9840 | 11070 | 12300 |
| under 14,000 | 575 | 1150 | 1725 | 2300 | 2875 | 3450 | 4025 | 4830 | 5750 | 6900 | 8050 | 9200 | 10350 | 11500 |

STANDARDIZED REGULATIONS
(Government Civilians, Foreign Areas)

Effective: 10-08-00 TL:SR-591A

POST ALLOWANCE PAYMENT TABLES (SIX TABLES)

229.1
TABLE 3:
THREE
PERSONS

POST CLASSIFICATION - ANNUAL RATES IN U.S. DOLLARS

| ANNUAL SALARY | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 42% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139,000 and over | 2365 | 4730 | 7095 | 9460 | 11825 | 14190 | 16555 | 19866 | 23650 | 28380 | 33110 | 37840 | 42570 | 47300 |
| 132,000 - 138,999 | 2310 | 4620 | 6930 | 9240 | 11550 | 13860 | 16170 | 19404 | 23100 | 27720 | 32340 | 36960 | 41580 | 46200 |
| 125,000 - 131,999 | 2270 | 4540 | 6810 | 9080 | 11350 | 13620 | 15890 | 19068 | 22700 | 27240 | 31780 | 36320 | 40860 | 45400 |
| 118,000 - 124,999 | 2215 | 4430 | 6645 | 8860 | 11075 | 13290 | 15505 | 18606 | 22150 | 26580 | 31010 | 35440 | 39870 | 44300 |
| 112,000 - 117,999 | 2165 | 4330 | 6495 | 8660 | 10825 | 12990 | 15155 | 18186 | 21650 | 25980 | 30310 | 34640 | 38970 | 43300 |
| 106,000 - 111,999 | 2110 | 4220 | 6330 | 8440 | 10550 | 12660 | 14770 | 17724 | 21100 | 25320 | 29540 | 33760 | 37980 | 42200 |
| 100,000 - 105,999 | 2055 | 4110 | 6165 | 8220 | 10275 | 12330 | 14385 | 17262 | 20550 | 24660 | 28770 | 32880 | 36990 | 41100 |
| 95,000 - 99,999 | 1995 | 3990 | 5985 | 7980 | 9975 | 11970 | 13965 | 16758 | 19950 | 23940 | 27930 | 31920 | 35910 | 39900 |
| 90,000 - 94,999 | 1940 | 3880 | 5820 | 7760 | 9700 | 11640 | 13580 | 16296 | 19400 | 23280 | 27160 | 31040 | 34920 | 38800 |
| 85,000 - 89,999 | 1885 | 3770 | 5655 | 7540 | 9425 | 11310 | 13195 | 15834 | 18850 | 22620 | 26390 | 30160 | 33930 | 37700 |
| 80,000 - 84,999 | 1820 | 3640 | 5460 | 7280 | 9100 | 10920 | 12740 | 15288 | 18200 | 21840 | 25480 | 29120 | 32760 | 36400 |
| 75,000 - 79,999 | 1760 | 3520 | 5280 | 7040 | 8800 | 10560 | 12320 | 14784 | 17600 | 21120 | 24640 | 28160 | 31680 | 35200 |
| 71,000 - 74,999 | 1695 | 3390 | 5085 | 6780 | 8475 | 10170 | 11865 | 14238 | 16950 | 20340 | 23730 | 27120 | 30510 | 33900 |
| 67,000 - 70,999 | 1640 | 3280 | 4920 | 6560 | 8200 | 9840 | 11480 | 13776 | 16400 | 19680 | 22960 | 26240 | 29520 | 32800 |
| 63,000 - 66,999 | 1585 | 3170 | 4755 | 6340 | 7925 | 9510 | 11095 | 13314 | 15850 | 19020 | 22190 | 25360 | 28530 | 31700 |
| 59,000 - 62,999 | 1520 | 3040 | 4560 | 6080 | 7600 | 9120 | 10640 | 12768 | 15200 | 18240 | 21280 | 24320 | 27360 | 30400 |
| 55,000 - 58,999 | 1460 | 2920 | 4380 | 5840 | 7300 | 8760 | 10220 | 12264 | 14600 | 17520 | 20440 | 23360 | 26280 | 29200 |
| 51,000 - 54,999 | 1395 | 2790 | 4185 | 5580 | 6975 | 8370 | 9765 | 11718 | 13950 | 16740 | 19530 | 22320 | 25110 | 27900 |
| 48,000 - 50,999 | 1340 | 2680 | 4020 | 5360 | 6700 | 8040 | 9380 | 11256 | 13400 | 16080 | 18760 | 21440 | 24120 | 26800 |
| 45,000 - 47,999 | 1285 | 2570 | 3855 | 5140 | 6425 | 7710 | 8995 | 10794 | 12850 | 15420 | 17990 | 20560 | 23130 | 25700 |
| 42,000 - 44,999 | 1235 | 2470 | 3705 | 4940 | 6175 | 7410 | 8645 | 10374 | 12350 | 14820 | 17290 | 19760 | 22230 | 24700 |
| 39,000 - 41,999 | 1180 | 2360 | 3540 | 4720 | 5900 | 7080 | 8260 | 9912 | 11800 | 14160 | 16520 | 18880 | 21240 | 23600 |
| 36,000 - 38,999 | 1125 | 2250 | 3375 | 4500 | 5625 | 6750 | 7875 | 9450 | 11250 | 13500 | 15750 | 18000 | 20250 | 22500 |
| 33,000 - 35,999 | 1070 | 2140 | 3210 | 4280 | 5350 | 6420 | 7490 | 8988 | 10700 | 12840 | 14980 | 17120 | 19260 | 21400 |
| 30,000 - 32,999 | 1015 | 2030 | 3045 | 4060 | 5075 | 6090 | 7105 | 8526 | 10150 | 12180 | 14210 | 16240 | 18270 | 20300 |
| 28,000 - 29,999 | 965 | 1930 | 2895 | 3860 | 4825 | 5790 | 6755 | 8106 | 9650 | 11580 | 13510 | 15440 | 17370 | 19300 |
| 26,000 - 27,999 | 930 | 1860 | 2790 | 3720 | 4650 | 5580 | 6510 | 7812 | 9300 | 11160 | 13020 | 14880 | 16740 | 18600 |
| 24,000 - 25,999 | 890 | 1780 | 2670 | 3560 | 4450 | 5340 | 6230 | 7476 | 8900 | 10680 | 12460 | 14240 | 16020 | 17800 |
| 22,000 - 23,999 | 850 | 1700 | 2550 | 3400 | 4250 | 5100 | 5950 | 7140 | 8500 | 10200 | 11900 | 13600 | 15300 | 17000 |
| 20,000 - 21,999 | 810 | 1620 | 2430 | 3240 | 4050 | 4860 | 5670 | 6804 | 8100 | 9720 | 11340 | 12960 | 14580 | 16200 |
| 18,000 - 19,999 | 765 | 1530 | 2295 | 3060 | 3825 | 4590 | 5355 | 6426 | 7650 | 9180 | 10710 | 12240 | 13770 | 15300 |
| 16,000 - 17,999 | 725 | 1450 | 2175 | 2900 | 3625 | 4350 | 5075 | 6090 | 7250 | 8700 | 10150 | 11600 | 13050 | 14500 |
| 14,000 - 15,999 | 685 | 1370 | 2055 | 2740 | 3425 | 4110 | 4795 | 5754 | 6850 | 8220 | 9590 | 10960 | 12330 | 13700 |
| under 14,000 | 640 | 1280 | 1920 | 2560 | 3200 | 3840 | 4480 | 5376 | 6400 | 7680 | 8960 | 10240 | 11520 | 12800 |

POST ALLOWANCE PAYMENT TABLES (SIX TABLES)

229.1
TABLE 4:
FOUR
PERSONS

POST CLASSIFICATION - ANNUAL RATES IN U.S. DOLLARS

| ANNUAL SALARY | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 42% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139,000 and over | 2485 | 4970 | 7455 | 9940 | 12425 | 14910 | 17395 | 20874 | 24850 | 29820 | 34790 | 39760 | 44730 | 49700 |
| 132,000 - 138,999 | 2425 | 4850 | 7275 | 9700 | 12125 | 14550 | 16975 | 20370 | 24250 | 29100 | 33950 | 38800 | 43650 | 48500 |
| 125,000 - 131,999 | 2380 | 4760 | 7140 | 9520 | 11900 | 14280 | 16660 | 19992 | 23800 | 28560 | 33320 | 38080 | 42840 | 47600 |
| 118,000 - 124,999 | 2330 | 4660 | 6990 | 9320 | 11650 | 13980 | 16310 | 19572 | 23300 | 27960 | 32620 | 37280 | 41940 | 46600 |
| 112,000 - 117,999 | 2275 | 4550 | 6825 | 9100 | 11375 | 13650 | 15925 | 19110 | 22750 | 27300 | 31850 | 36400 | 40950 | 45500 |
| 106,000 - 111,999 | 2215 | 4430 | 6645 | 8860 | 11075 | 13290 | 15505 | 18606 | 22150 | 26580 | 31010 | 35440 | 39870 | 44300 |
| 100,000 - 105,999 | 2155 | 4310 | 6465 | 8620 | 10775 | 12930 | 15085 | 18102 | 21550 | 25860 | 30170 | 34480 | 38790 | 43100 |
| 95,000 - 99,999 | 2095 | 4190 | 6285 | 8380 | 10475 | 12570 | 14665 | 17598 | 20950 | 25140 | 29330 | 33520 | 37710 | 41900 |
| 90,000 - 94,999 | 2040 | 4080 | 6120 | 8160 | 10200 | 12240 | 14280 | 17136 | 20400 | 24480 | 28560 | 32640 | 36720 | 40800 |
| 85,000 - 89,999 | 1980 | 3960 | 5940 | 7920 | 9900 | 11880 | 13860 | 16632 | 19800 | 23760 | 27720 | 31680 | 35640 | 39600 |
| 80,000 - 84,999 | 1915 | 3830 | 5745 | 7660 | 9575 | 11490 | 13405 | 16086 | 19150 | 22980 | 26810 | 30640 | 34470 | 38300 |
| 75,000 - 79,999 | 1845 | 3690 | 5535 | 7380 | 9225 | 11070 | 12915 | 15498 | 18450 | 22140 | 25830 | 29520 | 33210 | 36900 |
| 71,000 - 74,999 | 1780 | 3560 | 5340 | 7120 | 8900 | 10680 | 12460 | 14952 | 17800 | 21360 | 24920 | 28480 | 32040 | 35600 |
| 67,000 - 70,999 | 1725 | 3450 | 5175 | 6900 | 8625 | 10350 | 12075 | 14490 | 17250 | 20700 | 24150 | 27600 | 31050 | 34500 |
| 63,000 - 66,999 | 1660 | 3320 | 4980 | 6640 | 8300 | 9960 | 11620 | 13944 | 16600 | 19920 | 23240 | 26560 | 29880 | 33200 |
| 59,000 - 62,999 | 1600 | 3200 | 4800 | 6400 | 8000 | 9600 | 11200 | 13440 | 16000 | 19200 | 22400 | 25600 | 28800 | 32000 |
| 55,000 - 58,999 | 1535 | 3070 | 4605 | 6140 | 7675 | 9210 | 10745 | 12894 | 15350 | 18420 | 21490 | 24560 | 27630 | 30700 |
| 51,000 - 54,999 | 1465 | 2930 | 4395 | 5860 | 7325 | 8790 | 10255 | 12306 | 14650 | 17580 | 20510 | 23440 | 26370 | 29300 |
| 48,000 - 50,999 | 1405 | 2810 | 4215 | 5620 | 7025 | 8430 | 9835 | 11802 | 14050 | 16860 | 19670 | 22480 | 25290 | 28100 |
| 45,000 - 47,999 | 1350 | 2700 | 4050 | 5400 | 6750 | 8100 | 9450 | 11340 | 13500 | 16200 | 18900 | 21600 | 24300 | 27000 |
| 42,000 - 44,999 | 1295 | 2590 | 3885 | 5180 | 6475 | 7770 | 9065 | 10878 | 12950 | 15540 | 18130 | 20720 | 23310 | 25900 |
| 39,000 - 41,999 | 1240 | 2480 | 3720 | 4960 | 6200 | 7440 | 8680 | 10416 | 12400 | 14880 | 17360 | 19840 | 22320 | 24800 |
| 36,000 - 38,999 | 1185 | 2370 | 3555 | 4740 | 5925 | 7110 | 8295 | 9954 | 11850 | 14220 | 16590 | 18960 | 21330 | 23700 |
| 33,000 - 35,999 | 1125 | 2250 | 3375 | 4500 | 5625 | 6750 | 7875 | 9450 | 11250 | 13500 | 15750 | 18000 | 20250 | 22500 |
| 30,000 - 32,999 | 1065 | 2130 | 3195 | 4260 | 5325 | 6390 | 7455 | 8946 | 10650 | 12780 | 14910 | 17040 | 19170 | 21300 |
| 28,000 - 29,999 | 1015 | 2030 | 3045 | 4060 | 5075 | 6090 | 7105 | 8526 | 10150 | 12180 | 14210 | 16240 | 18270 | 20300 |
| 26,000 - 27,999 | 975 | 1950 | 2925 | 3900 | 4875 | 5850 | 6825 | 8190 | 9750 | 11700 | 13650 | 15600 | 17550 | 19500 |
| 24,000 - 25,999 | 935 | 1870 | 2805 | 3740 | 4675 | 5610 | 6545 | 7854 | 9350 | 11220 | 13090 | 14960 | 16830 | 18700 |
| 22,000 - 23,999 | 890 | 1780 | 2670 | 3560 | 4450 | 5340 | 6230 | 7476 | 8900 | 10680 | 12460 | 14240 | 16020 | 17800 |
| 20,000 - 21,999 | 850 | 1700 | 2550 | 3400 | 4250 | 5100 | 5950 | 7140 | 8500 | 10200 | 11900 | 13600 | 15300 | 17000 |
| 18,000 - 19,999 | 805 | 1610 | 2415 | 3220 | 4025 | 4830 | 5635 | 6762 | 8050 | 9660 | 11270 | 12880 | 14490 | 16100 |
| 16,000 - 17,999 | 760 | 1520 | 2280 | 3040 | 3800 | 4560 | 5320 | 6384 | 7600 | 9120 | 10640 | 12160 | 13680 | 15200 |
| 14,000 - 15,999 | 715 | 1430 | 2145 | 2860 | 3575 | 4290 | 5005 | 6006 | 7150 | 8580 | 10010 | 11440 | 12870 | 14300 |
| under 14,000 | 675 | 1350 | 2025 | 2700 | 3375 | 4050 | 4725 | 5670 | 6750 | 8100 | 9450 | 10800 | 12150 | 13500 |

POST ALLOWANCE PAYMENT TABLES (SIX TABLES) 229.1

TABLE 5: FIVE PERSONS

POST CLASSIFICATION - ANNUAL RATES IN U.S. DOLLARS

| ANNUAL SALARY | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 42% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139,000 and over | 2720 | 5440 | 8160 | 10880 | 13600 | 16320 | 19040 | 22848 | 27200 | 32640 | 38080 | 43520 | 48960 | 54400 |
| 132,000 - 138,999 | 2660 | 5320 | 7980 | 10640 | 13300 | 15960 | 18620 | 22344 | 26600 | 31920 | 37240 | 42560 | 47880 | 53200 |
| 125,000 - 131,999 | 2610 | 5220 | 7830 | 10440 | 13050 | 15660 | 18270 | 21924 | 26100 | 31320 | 36540 | 41760 | 46980 | 52200 |
| 118,000 - 124,999 | 2550 | 5100 | 7650 | 10200 | 12750 | 15300 | 17850 | 21420 | 25500 | 30600 | 35700 | 40800 | 45900 | 51000 |
| 112,000 - 117,999 | 2490 | 4980 | 7470 | 9960 | 12450 | 14940 | 17430 | 20916 | 24900 | 29880 | 34860 | 39840 | 44820 | 49800 |
| 106,000 - 111,999 | 2430 | 4860 | 7290 | 9720 | 12150 | 14580 | 17010 | 20412 | 24300 | 29160 | 34020 | 38880 | 43740 | 48600 |
| 100,000 - 105,999 | 2360 | 4720 | 7080 | 9440 | 11800 | 14160 | 16520 | 19824 | 23600 | 28320 | 33040 | 37760 | 42480 | 47200 |
| 95,000 - 99,999 | 2295 | 4590 | 6885 | 9180 | 11475 | 13770 | 16065 | 19278 | 22950 | 27540 | 32130 | 36720 | 41310 | 45900 |
| 90,000 - 94,999 | 2235 | 4470 | 6705 | 8940 | 11175 | 13410 | 15645 | 18774 | 22350 | 26820 | 31290 | 35760 | 40230 | 44700 |
| 85,000 - 89,999 | 2165 | 4330 | 6495 | 8660 | 10825 | 12990 | 15155 | 18186 | 21650 | 25980 | 30310 | 34640 | 38970 | 43300 |
| 80,000 - 84,999 | 2095 | 4190 | 6285 | 8380 | 10475 | 12570 | 14665 | 17598 | 20950 | 25140 | 29330 | 33520 | 37710 | 41900 |
| 75,000 - 79,999 | 2020 | 4040 | 6060 | 8080 | 10100 | 12120 | 14140 | 16968 | 20200 | 24240 | 28280 | 32320 | 36360 | 40400 |
| 71,000 - 74,999 | 1950 | 3900 | 5850 | 7800 | 9750 | 11700 | 13650 | 16380 | 19500 | 23400 | 27300 | 31200 | 35100 | 39000 |
| 67,000 - 70,999 | 1885 | 3770 | 5655 | 7540 | 9425 | 11310 | 13195 | 15834 | 18850 | 22620 | 26390 | 30160 | 33930 | 37700 |
| 63,000 - 66,999 | 1820 | 3640 | 5460 | 7280 | 9100 | 10920 | 12740 | 15288 | 18200 | 21840 | 25480 | 29120 | 32760 | 36400 |
| 59,000 - 62,999 | 1750 | 3500 | 5250 | 7000 | 8750 | 10500 | 12250 | 14700 | 17500 | 21000 | 24500 | 28000 | 31500 | 35000 |
| 55,000 - 58,999 | 1680 | 3360 | 5040 | 6720 | 8400 | 10080 | 11760 | 14112 | 16800 | 20160 | 23520 | 26880 | 30240 | 33600 |
| 51,000 - 54,999 | 1605 | 3210 | 4815 | 6420 | 8025 | 9630 | 11235 | 13482 | 16050 | 19260 | 22470 | 25680 | 28890 | 32100 |
| 48,000 - 50,999 | 1540 | 3080 | 4620 | 6160 | 7700 | 9240 | 10780 | 12936 | 15400 | 18480 | 21560 | 24640 | 27720 | 30800 |
| 45,000 - 47,999 | 1480 | 2960 | 4440 | 5920 | 7400 | 8880 | 10360 | 12432 | 14800 | 17760 | 20720 | 23680 | 26640 | 29600 |
| 42,000 - 44,999 | 1420 | 2840 | 4260 | 5680 | 7100 | 8520 | 9940 | 11928 | 14200 | 17040 | 19880 | 22720 | 25560 | 28400 |
| 39,000 - 41,999 | 1360 | 2720 | 4080 | 5440 | 6800 | 8160 | 9520 | 11424 | 13600 | 16320 | 19040 | 21760 | 24480 | 27200 |
| 36,000 - 38,999 | 1295 | 2590 | 3885 | 5180 | 6475 | 7770 | 9065 | 10878 | 12950 | 15540 | 18130 | 20720 | 23310 | 25900 |
| 33,000 - 35,999 | 1230 | 2460 | 3690 | 4920 | 6150 | 7380 | 8610 | 10332 | 12300 | 14760 | 17220 | 19680 | 22140 | 24600 |
| 30,000 - 32,999 | 1165 | 2330 | 3495 | 4660 | 5825 | 6990 | 8155 | 9786 | 11650 | 13980 | 16310 | 18640 | 20970 | 23300 |
| 28,000 - 29,999 | 1110 | 2220 | 3330 | 4440 | 5550 | 6660 | 7770 | 9324 | 11100 | 13320 | 15540 | 17760 | 19980 | 22200 |
| 26,000 - 27,999 | 1065 | 2130 | 3195 | 4260 | 5325 | 6390 | 7455 | 8946 | 10650 | 12780 | 14910 | 17040 | 19170 | 21300 |
| 24,000 - 25,999 | 1020 | 2040 | 3060 | 4080 | 5100 | 6120 | 7140 | 8568 | 10200 | 12240 | 14280 | 16320 | 18360 | 20400 |
| 22,000 - 23,999 | 975 | 1950 | 2925 | 3900 | 4875 | 5850 | 6825 | 8190 | 9750 | 11700 | 13650 | 15600 | 17550 | 19500 |
| 20,000 - 21,999 | 930 | 1860 | 2790 | 3720 | 4650 | 5580 | 6510 | 7812 | 9300 | 11160 | 13020 | 14880 | 16740 | 18600 |
| 18,000 - 19,999 | 880 | 1760 | 2640 | 3520 | 4400 | 5280 | 6160 | 7392 | 8800 | 10560 | 12320 | 14080 | 15840 | 17600 |
| 16,000 - 17,999 | 835 | 1670 | 2505 | 3340 | 4175 | 5010 | 5845 | 7014 | 8350 | 10020 | 11690 | 13360 | 15030 | 16700 |
| 14,000 - 15,999 | 785 | 1570 | 2355 | 3140 | 3925 | 4710 | 5495 | 6594 | 7850 | 9420 | 10990 | 12560 | 14130 | 15700 |
| under 14,000 | 735 | 1470 | 2205 | 2940 | 3675 | 4410 | 5145 | 6174 | 7350 | 8820 | 10290 | 11760 | 13230 | 14700 |

POST ALLOWANCE PAYMENT TABLES (SIX TABLES)

229.1
TABLE 6:
SIX
PERSONS

POST CLASSIFICATION - ANNUAL RATES IN U.S. DOLLARS

| ANNUAL SALARY | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 42% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139,000 and over | 2840 | 5680 | 8520 | 11360 | 14200 | 17040 | 19880 | 23856 | 28400 | 34080 | 39760 | 45440 | 51120 | 56800 |
| 132,000 - 138,999 | 2775 | 5550 | 8325 | 11100 | 13875 | 16650 | 19425 | 23310 | 27750 | 33300 | 38850 | 44400 | 49950 | 55500 |
| 125,000 - 131,999 | 2720 | 5440 | 8160 | 10880 | 13600 | 16320 | 19040 | 22848 | 27200 | 32640 | 38080 | 43520 | 48960 | 54400 |
| 118,000 - 124,999 | 2660 | 5320 | 7980 | 10640 | 13300 | 15960 | 18620 | 22344 | 26600 | 31920 | 37240 | 42560 | 47880 | 53200 |
| 112,000 - 117,999 | 2600 | 5200 | 7800 | 10400 | 13000 | 15600 | 18200 | 21840 | 26000 | 31200 | 36400 | 41600 | 46800 | 52000 |
| 106,000 - 111,999 | 2535 | 5070 | 7605 | 10140 | 12675 | 15210 | 17745 | 21294 | 25350 | 30420 | 35490 | 40560 | 45630 | 50700 |
| 100,000 - 105,999 | 2465 | 4930 | 7395 | 9860 | 12325 | 14790 | 17255 | 20706 | 24650 | 29580 | 34510 | 39440 | 44370 | 49300 |
| 95,000 - 99,999 | 2395 | 4790 | 7185 | 9580 | 11975 | 14370 | 16765 | 20118 | 23950 | 28740 | 33530 | 38320 | 43110 | 47900 |
| 90,000 - 94,999 | 2330 | 4660 | 6990 | 9320 | 11650 | 13980 | 16310 | 19572 | 23300 | 27960 | 32620 | 37280 | 41940 | 46600 |
| 85,000 - 89,999 | 2260 | 4520 | 6780 | 9040 | 11300 | 13560 | 15820 | 18984 | 22600 | 27120 | 31640 | 36160 | 40680 | 45200 |
| 80,000 - 84,999 | 2185 | 4370 | 6555 | 8740 | 10925 | 13110 | 15295 | 18354 | 21850 | 26220 | 30590 | 34960 | 39330 | 43700 |
| 75,000 - 79,999 | 2110 | 4220 | 6330 | 8440 | 10550 | 12660 | 14770 | 17724 | 21100 | 25320 | 29540 | 33760 | 37980 | 42200 |
| 71,000 - 74,999 | 2035 | 4070 | 6105 | 8140 | 10175 | 12210 | 14245 | 17094 | 20350 | 24420 | 28490 | 32560 | 36630 | 40700 |
| 67,000 - 70,999 | 1970 | 3940 | 5910 | 7880 | 9850 | 11820 | 13790 | 16548 | 19700 | 23640 | 27580 | 31520 | 35460 | 39400 |
| 63,000 - 66,999 | 1900 | 3800 | 5700 | 7600 | 9500 | 11400 | 13300 | 15960 | 19000 | 22800 | 26600 | 30400 | 34200 | 38000 |
| 59,000 - 62,999 | 1825 | 3650 | 5475 | 7300 | 9125 | 10950 | 12775 | 15330 | 18250 | 21900 | 25550 | 29200 | 32850 | 36500 |
| 55,000 - 58,999 | 1750 | 3500 | 5250 | 7000 | 8750 | 10500 | 12250 | 14700 | 17500 | 21000 | 24500 | 28000 | 31500 | 35000 |
| 51,000 - 54,999 | 1675 | 3350 | 5025 | 6700 | 8375 | 10050 | 11725 | 14070 | 16750 | 20100 | 23450 | 26800 | 30150 | 33500 |
| 48,000 - 50,999 | 1605 | 3210 | 4815 | 6420 | 8025 | 9630 | 11235 | 13482 | 16050 | 19260 | 22470 | 25680 | 28890 | 32100 |
| 45,000 - 47,999 | 1545 | 3090 | 4635 | 6180 | 7725 | 9270 | 10815 | 12978 | 15450 | 18540 | 21630 | 24720 | 27810 | 30900 |
| 42,000 - 44,999 | 1480 | 2960 | 4440 | 5920 | 7400 | 8880 | 10360 | 12432 | 14800 | 17760 | 20720 | 23680 | 26640 | 29600 |
| 39,000 - 41,999 | 1420 | 2840 | 4260 | 5680 | 7100 | 8520 | 9940 | 11928 | 14200 | 17040 | 19880 | 22720 | 25560 | 28400 |
| 36,000 - 38,999 | 1350 | 2700 | 4050 | 5400 | 6750 | 8100 | 9450 | 11340 | 13500 | 16200 | 18900 | 21600 | 24300 | 27000 |
| 33,000 - 35,999 | 1285 | 2570 | 3855 | 5140 | 6425 | 7710 | 8995 | 10794 | 12850 | 15420 | 17990 | 20560 | 23130 | 25700 |
| 30,000 - 32,999 | 1220 | 2440 | 3660 | 4880 | 6100 | 7320 | 8540 | 10248 | 12200 | 14640 | 17080 | 19520 | 21960 | 24400 |
| 28,000 - 29,999 | 1160 | 2320 | 3480 | 4640 | 5800 | 6960 | 8120 | 9744 | 11600 | 13920 | 16240 | 18560 | 20880 | 23200 |
| 26,000 - 27,999 | 1115 | 2230 | 3345 | 4460 | 5575 | 6690 | 7805 | 9366 | 11150 | 13380 | 15610 | 17840 | 20070 | 22300 |
| 24,000 - 25,999 | 1065 | 2130 | 3195 | 4260 | 5325 | 6390 | 7455 | 8946 | 10650 | 12780 | 14910 | 17040 | 19170 | 21300 |
| 22,000 - 23,999 | 1020 | 2040 | 3060 | 4080 | 5100 | 6120 | 7140 | 8568 | 10200 | 12240 | 14280 | 16320 | 18360 | 20400 |
| 20,000 - 21,999 | 970 | 1940 | 2910 | 3880 | 4850 | 5820 | 6790 | 8148 | 9700 | 11640 | 13580 | 15520 | 17460 | 19400 |
| 18,000 - 19,999 | 920 | 1840 | 2760 | 3680 | 4600 | 5520 | 6440 | 7728 | 9200 | 11040 | 12880 | 14720 | 16560 | 18400 |
| 16,000 - 17,999 | 870 | 1740 | 2610 | 3480 | 4350 | 5220 | 6090 | 7308 | 8700 | 10440 | 12180 | 13920 | 15660 | 17400 |
| 14,000 - 15,999 | 820 | 1640 | 2460 | 3280 | 4100 | 4920 | 5740 | 6888 | 8200 | 9840 | 11480 | 13120 | 14760 | 16400 |
| Under 14,000 | 770 | 1540 | 2310 | 3080 | 3850 | 4620 | 5390 | 6468 | 7700 | 9240 | 10780 | 12320 | 13860 | 15400 |