**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MELISSA ADDE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 07-248C**<br>**Judge Bush** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ORAL ARGUMENT**

Plaintiff hereby moves for oral argument on the Motion to Dismiss filed by Defendant on August 21, 2007, and subsequent pleadings thereto. As grounds for this Motion, Plaintiff submits that the Motion to Dismiss involves several complex legal issues, and Plaintiff believes that oral argument would aid the Court in its deliberations and consideration of the issues.

On October 1, 2007, the undersigned sought the Defendant's consent for this motion. Counsel for the Defendant reported that the Defendant takes no position on this motion.

Respectfully Submitted,
*By Counsel*

/s/ Nicholas Woodfield

R. Scott Oswald
Nicholas Woodfield
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
nwoodfield@employmentlawgroup.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Motion was served via electronic case filing this 1st day of October, 2007, upon:

Maame A.F. Ewusi-Mensah, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 353-0503
Fax: (202) 514-8624

/s/ Nicholas Woodfield
Nicholas Woodfield