# In the United States Court of Federal Claims

No. 07-248 C

(Filed October 3, 2007)

| | |
|---|---|
| MELISSA ADDE, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

## ORDER

On October 1, 2007, plaintiff filed a Motion for Oral Argument on defendant's motion to dismiss, filed October 1, 2007, and subsequent pleadings thereto. Defendant's motion to dismiss has been fully briefed. Plaintiff's motion for oral argument states that defendant takes no position on the subject matter. In that regard, the court sees no reason to not grant plaintiff's request. The parties shall confer and propose to the court a mutually acceptable date for oral argument to be held at the courthouse on December 4, 5, 6 or 7, 2007. The court expects the argument to last approximately one to two hours.

Accordingly, it is hereby **ORDERED** that plaintiff's Motion for Oral Argument is **GRANTED**, and the parties shall **CONFER** and **CONTACT** chambers at 202-357-6532 with their proposed date for oral argument.

/s/Lynn J. Bush
LYNN J. BUSH
Judge