# In the United States Court of Federal Claims

No. 07-248 C

(Filed October 11, 2007)

* * * * * * * * * * * * * * * * * * * * * *
MELISSA ADDE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 1, 2007, plaintiff filed a Motion for Oral Argument on defendant's motion to dismiss, filed August 21, 2007, and subsequent pleadings thereto. On October 3, 2007, the court granted plaintiff's motion for oral argument and requested the parties to confer and propose to the court a mutually acceptable date for oral argument to be held on the record on December 4, 5, 6 or 7, 2007. On October 5, 2007, the parties notified chambers of the undersigned that they had conferred and agreed upon December 5, 2007 for oral argument.

Accordingly, it is hereby **ORDERED** that:

(1) Oral argument shall be **HELD** on Wednesday, **December 5, 2007** at **2:00 p.m., eastern time**, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby;

(2) Unless counsel agree otherwise, as the party filing the dispositive motion, counsel for defendant shall present the opening argument; and

(3) No time limit shall be applicable for the presentations, but counsel will be afforded equal time and all proceedings must be concluded by

or before 4:00 p.m., eastern time.

/s/Lynn J. Bush
LYNN J. BUSH