# In the United States Court of Federal Claims

No. 07-248 C

(Filed December 7, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| MELISSA ADDE, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

On December 5, 2007, as the undersigned was adjourning oral argument on defendant's motion to dismiss, plaintiff's counsel made an oral motion. Tr. at 24-25. The court understands plaintiff's motion to be a conditional request for leave to allege an additional jurisdictional basis for plaintiff's COLA claim in an amended complaint, if indeed the court should determine that plaintiff has not, thus far, established jurisdiction in this court for plaintiff's COLA claim. *See id.* Plaintiff's counsel expressed a desire to be able to reference a particular (although as yet unnamed) statutory section or sections of Title 5 of the United States Code, to bolster other jurisdictional arguments previously presented. *Id.* Plaintiff described the omission of a reference to Title 5 as a potential "technical violation" in its pleading. *Id.*

Although the timing of plaintiff's request is not fortuitous, the court believes that allowing plaintiff to amend her complaint, as requested, for the limited purpose of adding a citation to a specific section or sections of Title 5 of the United States Code, would be the most expedient way to facilitate a "just, speedy, and inexpensive determination of [this] action." RCFC 1. Delay is never desirable but cannot be avoided in this circumstance. After the filing of the amended complaint permitted by this order, defendant shall be afforded an opportunity to file a sur-reply to its motion to dismiss, limited to its challenge, if any, to the new

jurisdictional allegation proffered in plaintiff's filing of her amended complaint. Plaintiff shall be given the opportunity to file a sur-sur-reply, to rebut any of defendant's arguments presented in its sur-reply. In all other respects, briefing on defendant's motion to dismiss is closed.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff's amended complaint, adding only a citation to a specific section or sections of Title 5 of the United State Code to the text of the complaint filed April 23, 2007, shall be **FILED** on or before **December 21, 2007**;

(2) Defendant's sur-reply, responding only to the citation presented in plaintiff's amended complaint, shall be **FILED** on or before **January 11, 2008**; and

(3) Plaintiff's sur-sur-reply, responding to defendant's sur-reply, shall be **FILED** on or before **January 25, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge