# In the United States Court of Federal Claims

No. 07-248C
Filed: January 3, 2008

MELISSA ADDE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

SUSPENDING INITIATION OF PROCEEDINGS UNDER
THE ADR AUTOMATIC REFERRAL PROGRAM

---

This case was assigned pursuant to the ADR Automatic Referral Program set forth in General Order No. 44. Defendant, however, has since filed a motion to dismiss the complaint. Accordingly, the undersigned judge concludes that the initiation of any ADR proceedings is inappropriate at the present time. If the parties conclude otherwise, they may contact chambers ((202) 357-6652) at any time to arrange for a telephone conference or a meeting with the court.

s/John P. Wiese
John P. Wiese
Judge