**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MELISSA ADDE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 07-248C**<br>**Judge Bush** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## ***CONSENT*** **MOTION FOR EXTENSION OF TIME**

Plaintiff Melissa Adde respectfully moves for an extension of time to submit her Sur-Sur-Reply in the above matter:

1. On January 11, 2008, Defendant filed with this Court its Sur-Reply of its Motion to Dismiss.

2. Plaintiff's Sur Sur-Reply in Opposition of Defendant's Motion to Dismiss is due to be filed on or before January 25, 2008.

5. Due to his conflicting work schedule and out of office work travel, counsel for Plaintiff respectfully requests an extension of time of ten (10) days to submit and serve Plaintiff's Sur Sur-Reply, extending Plaintiff's filing deadline to February 4, 2008.

6. On January 23, 2008, counsel for Plaintiff contacted counsel for Defendant request consent for the present motion.

7. On January 24, 2008, counsel for Defendant consented to counsel for Plaintiff's Motion for Extension of Time by 10 days.

7. Thus, Plaintiff requests this motion for extension of time to file her Sur Sur-Reply by ten (10) days, until February 4, 2008, be granted by this Honorable Court.

Respectfully Submitted,

Melissa Adde
*By Counsel*

______/s/____________________________
R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
The Employment Law Group, P.C.
888 17th St. NW, Suite 900
Washington, D.C. 20006
(202)261-2806
(202)261-2835(facsimile)
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Consent* Motion for Extension of Time was served by electronic mail and by first-class mail, postage prepaid, this 24th day of January, 2008 on the following counsel of record:

Maame A.F. Ewusi-Mensah, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 353-0503
Fax: (202) 514-8624
Maame.Ewusi-Mensah@usdoj.gov

_/s/ Nicholas Woodfield__________________
Nicholas Woodfield, Esq.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MELISSA ADDE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No. 07-248C**<br>**Judge Bush** |

**[PROPOSED] ORDER GRANTING**
***CONSENT* MOTION FOR EXTENSION OF TIME**

Upon consideration of Plaintiff's *Consent* Motion for Extension of Time, it is by the Court this ___ day of January, 2008, **ORDERED**

1. That Plaintiff's *Consent* Motion for Extension of Time is hereby **GRANTED**; and
2. That Plaintiff's Sur Sur-Reply in Opposition of Defendant's Motion to Dismiss is due to be filed on or before **February 4, 2008**.

________________________________
Honorable Judge Bush

Copies to:

R. Scott Oswald, Esq.
Nicholas W. Woodfield, Esq.
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, DC 20006
(202) 261-2826
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
nwoodfield@employmentlawgroup.net

Maame A.F. Ewusi-Mensah, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 353-0503
Fax: (202) 514-8624
Maame.Ewusi-Mensah@usdoj.gov