# In the United States Court of Federal Claims

No. 07-248 C

(Filed January 25, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MELISSA ADDE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 24, 2008, plaintiff filed a Consent Motion for Extension of Time of ten days, to and including February 4, 2008, within which to file plaintiff's sur sur-reply in opposition of defendant's motion to dismiss. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge