# In the United States Court of Federal Claims

**No. 07-248 C**

**MELISSA ADDE,**

**v.**

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed April 15, 2008, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant as to the portion of Count I of the complaint which relates to post allowance claims accruing before April 23, 2001, and as to Count II of the complaint. These claims are dismissed without prejudice.

John S. Buckley
Acting Clerk of Court

**April 17, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.