IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MELISSA ADDE,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 07-248C<br>Judge Bush |

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

Pursuant to the Court's order of April 15, 2008, defendant, United States, respectfully submits this answer to the portion of Count I of Melissa Adde's first amended complaint which relates to post allowance claims arising between April 23, 2001 and October 3, 2004. For its answer to this portion of the first amended complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in Paragraph 1 consist of legal conclusions and plaintiff's characterizations of her case, to which no response is required; to the extent they are deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Denies.

4. The allegations contained in paragraph 4 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. The allegations contained in paragraph 5 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

6. The allegations contained in paragraph 6 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

7. Admits.

8. Admits.

9. Admits.

10. Admits.

11. Admits.

12. Denies the allegations contained in paragraph 12 for lack of knowledge or information sufficient to form a belief as to their truth.

13. Admits.

14. Admits.

15. Admits.

16. Admits that on or about January 6, 2005, Dr. Joe Harford, Director of the Office of International Affairs at NCI, informed Ms. Adde that she would receive post allowance and that Ms. Adde received post allowance, retroactive to on or about October 3, 2004; otherwise denies the remaining allegations contained in Paragraph 16.

17. Denies.

18. Admits.

19. Admits the allegations contained in the first two sentences of Paragraph 19. Denies the allegations contained in the third sentence of Paragraph 19.

20. Admits.

21. Admits to the extent that this allegation is supported by the document quoted herein.

22. Admits that Mr. Taffet agreed to speak with Ms. Adde's counsel on April 3, 2007; otherwise denies the remaining allegations contained in Paragraph 22.

23. Denies the allegations contained in paragraph 23 for lack of knowledge or information sufficient to form a belief as to their truth.

24. Denies.

25. Defendant incorporates its response to the allegations contained in paragraphs 1 through 22 as though fully alleged herein.

26. Denies.

27. Denies.

28. Denies.

29. Denies that Ms. Adde is entitled to the relief set forth in Paragraph 29, including the relief requested in subparagraphs (a) through (d), or to any relief whatsoever.

30. No answer is required to Paragraph 30 as it is part of Count II which was dismissed pursuant to the Court's order of April 15, 2008.

31. No answer is required to Paragraph 31 as it is part of Count II which was dismissed pursuant to the Court's order of April 15, 2008.

32. No answer is required to Paragraph 32 as it is part of Count II which was dismissed pursuant to the Court's order of April 15, 2008.

33. No answer is required to Paragraph 33 as it is part of Count II which was dismissed pursuant to the Court's order of April 15, 2008.

34. No answer is required to Paragraph 34 as it is part of Count II which was dismissed pursuant to the Court's order of April 15, 2008.

35. Denies that Ms. Adde is entitled to the relief set forth set forth in the prayer for relief immediately following paragraph 34(d) or to any relief whatsoever.

36. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

Of Counsel:
MARILYN BLANDFORD
Senior Attorney
Office of the General Counsel
Department of Health and Human Services
330 Independence Avenue, S.W.
Rm. 4760
Washington, D.C. 20201
Tel: (202) 619-2155
Fax: (202) 619-2922

May 19, 2008

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624
Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of May 2008, a copy of the foregoing "DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah