# In the United States Court of Federal Claims

No. 07-248C
Filed: June 26, 2008

| | |
|---|---|
| MELISSA ADDE, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

RESCHEDULING ADR TELEPHONE CONFERENCE

The ADR telephone conference scheduled for July 10, 2008, has been rescheduled and will be held at 2:30 p.m. on Tuesday, July 8, 2008. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge