# In the United States Court of Federal Claims

No. 07-248 C

(Filed August 28, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MELISSA ADDE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 17, 2007, plaintiff filed her amended complaint. Per the ordering language of the court's opinion of April 15, 2008, granting in part and denying in part defendant's motion to dismiss, defendant's answer to plaintiff's amended complaint was filed on May 19, 2008. On June 18, 2008, the parties began to participate in the court's Alternative Dispute Resolution (ADR) program.

Pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) the parties were required to file a Joint Preliminary Status Report (JPSR) on or before July 10, 2008. As of the filing of this order the court has not received the parties' JPSR. The parties' participation in ADR does not relieve them of the JPSR requirement. The court therefore establishes a new filing deadline for the parties' JPSR. Accordingly, it is hereby **ORDERED** that the parties shall **FILE** their **Joint Preliminary Status Report**, on or before **September 26, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge