# In the United States Court of Federal Claims

No. 07-248 C

(Filed June 16, 2010)

```
* * * * * * * * * * * * * * * * * * * *
MELISSA ADDE,                         *
                                      *
            Plaintiff,                *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

     On June 14, 2010, defendant filed an Unopposed Motion for an Enlargement of time of fourteen days, to and including July 2, 2010 within which to file the government's sur-reply in this matter. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                                    /s/Lynn J. Bush
                                                    LYNN J. BUSH
                                                    Judge